UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHMOND BROWN TAYLOR, 224931,

   Plaintiff,

v.              CASE NO. 05-CV-71384-DT
               HONORABLE VICTORIA A. ROBERTS

MICHIGAN DEPARTMENT OF
CORRECTIONS, et al.,

   Defendants.
_____/

## ORDER DENYING EX PARTE MOTION

  Before the Court is Plaintiff Richmond Brown Taylor's "Ex Parte Motion to Re-Direct Prepayment and any Payment via Procedural Enforcement under 42 U.S.C. § 1983 to State Court." Plaintiff requests that this Court take certain actions on a case he apparently has pending in the state courts. The Court, however, has dismissed Plaintiff's civil rights complaint for failure to demonstrate exhaustion of administrative remedies and this matter is closed. The Court is not authorized to intervene in any state court proceedings on Plaintiff's behalf at this time.

  Further, to the extent that Plaintiff seeks reconsideration of the Court's dismissal of his action, he is not entitled to relief. A motion for reconsideration which presents issues already ruled upon by the district court, either expressly or by reasonable implication, will not be granted. *See Hence v. Smith*, 49 F. Supp. 2d 547, 550 (E.D. Mich. 1999); *Czajkowski v. Tindall & Assoc., P.C.*, 967 F. Supp. 951, 952 (E.D. Mich. 1997). Plaintiff has not met his burden of

1

showing a palpable defect by which the Court has been misled or his burden of showing that a different disposition must result from a correction thereof, as required by Local Rule 7.1(g)(3).

Plaintiff's ex parte motion is therefore **DENIED**.

**IT IS SO ORDERED.**

S/Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: May 11, 2005

| |
|---|
| The undersigned certifies that a copy of this document was served on the attorneys of record and pro se plaintiff by electronic means or U.S. Mail on May 11, 2005.<br><br>s/Carol A. Pinegar<br>Deputy Clerk |